IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD S. MORRIS, JR. and<br>JAY POSNER | : <br> : <br> : | CIVIL ACTION <br><br> NO. 06-2133 |
| v. | : <br> : | |
| I.C. SYSTEMS, INC. | : | |

<u>ORDER</u>

AND NOW, this 15th day of May 2009, upon consideration of the plaintiffs' motion for attorney fees and costs, defendant's response and plaintiffs' reply thereto, and for the reasons set forth in the accompanying memorandum, it is ORDERED that plaintiffs' motion for attorney fees and costs is GRANTED in the amount of $64,684.03 in attorneys' fees and $3,782.52 in costs.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.